UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACOB BARRETT,

    Plaintiff,

v.

BRIAN BELLEQUE, A. BALES, RANDY GEER, JANE DOE (Mailroom Censor), and M. DODSON,

    Defendants.

ORDER

Civil No. 06-876-JE

HAGGERTY, Chief Judge:

    Magistrate Judge Jelderks referred to this court a Findings and Recommendation in this action [42]. The Findings and Recommendation recommends that defendants' Motion for Summary Judgment [27] be granted, and that plaintiff's Motions for Summary Judgment [18] and for a Preliminary Injunction [8] be denied.

1    - ORDER

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

No clear error appears on the face of the record. This court has examined the pending motion and the underlying record. The Findings and Recommendation is, therefore, adopted. Defendants' Motion for Summary Judgment [42] is granted, and plaintiff's Motions for Summary Judgment [18] and for a Preliminary Injunction [8] are denied.

IT IS SO ORDERED.

DATED this 4 day of September, 2007.

/s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge

2    - ORDER